THE PEOPLE OF THE STATE OF NEW YORK ex rel. EITINGON SCHILD CO., INC., Appellant, against THOMAS M. LYNCH et al., Constituting the State Tax Commission of the State of New York, Respondents. (Proceedings Nos. 1 & 2.)

(Submitted June 13, 1932; decided July 19, 1932.)

*Bernard S. Barron, Daniel Katz* and *George P. Halperin* for appellant.

*John J. Bennett, Jr., Attorney-General (Wendell P. Brown* of counsel), for respondents.

In each proceeding determination of Tax Commission modified and tax restated as reported by the relator, with costs to appellant in the Appellate Division and in this court, on the authority of *People ex rel. Ducas Co.* v. *State Tax Commission* (260 N. Y. 525). No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.